# Court of Appeals
# of the State of Georgia

ATLANTA, <u>September 25, 2013</u>

*The Court of Appeals hereby passes the following order:*

**A14D0023.  MARGO KING v. KENNETH PEEPLES.**

Margo King, pro se, filed this application for discretionary appeal from the trial court's order granting summary judgment to Kenneth Peeples.  Orders granting summary judgment may be appealed directly; no application is necessary.  See OCGA § 9-11-56 (h); *Whiddon v. Stargell*, 192 Ga. App. 826, 828 (386 SE2d 884) (1989).[1]

If a party applies for discretionary review of a directly appealable order, we will grant the application under OCGA § 5-6-35 (j). Thus, this application for discretionary appeal is hereby GRANTED.  King shall have ten days from the date of this order to file a notice of appeal, if she has not already done so.  The clerk of the state court is directed to include a copy of this order in the appeal record transmitted to this Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* <u>09/25/2013</u>
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] Based on the sparse application materials, no provision of OCGA § 5-6-35 appears to apply here.  Although King also filed a motion to set aside the trial court's previous order granting summary judgment to King's uninsured motorist carrier, Ameriprise Insurance, it appears that the trial court properly treated King's motion as a motion for reconsideration, the denial of which is not appealable.  See *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000).  In King's direct appeal, however, this Court may also review "all judgments, rulings, or orders rendered in the case below which are raised on appeal and which may affect the proceedings below." OCGA § 5-6-34 (d).